

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-27-2005

# Kliesh v. Bucks Cty Domestic

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-4714

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Kliesh v. Bucks Cty Domestic" (2005). *2005 Decisions.* Paper 330.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/330

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

APS-6                                                           NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 04-4714
_____

JOHN C. KLIESH,

Appellant

v.

BUCKS COUNTY DOMESTIC RELATIONS

_____

On Appeal From the United States District Court
For the Eastern District of Pennsylvania
(D.C. Civ. No. 04-cv-04403)
District Judge: Honorable Clarence C. Newcomer

_____

Submitted For Possible Summary Action Under Third Circuit LAR 27.4 and I.O.P. 10.6
October 6, 2005
Before: SLOVITER, MCKEE AND FISHER,  Circuit Judges.

(Filed October 27, 2005)
_____

OPINION
_____

PER CURIAM

John C. Kliesh filed a complaint against Bucks County Court of Common Pleas

Domestic Relations Division ("Domestic Relations Division") relating to alleged wrongs

stemming from the filing of documents and the entry of an order in child support

proceedings. Ruling on the Domestic Relations Division's motion, the District Court dismissed the complaint because the Domestic Relations Division is not a person under 42 U.S.C. § 1983 and because a federal court cannot enforce state law against state officials acting in their official capacities. Kliesh moved for reconsideration, which the District Court denied. Kliesh appeals. He also moves to stay the underlying Domestic Relations Division child support order and to expedite this appeal.

We will affirm because no substantial question is presented on appeal. See L.A.R. 27.4. As the District Court concluded, the named Defendant, the Bucks County Court of Common Pleas Domestic Relations Division, is not a person under 42 U.S.C. § 1983. See Callahan v. City of Phila., 207 F.3d 668, 674 (3d Cir. 2000). Furthermore, to the extent Kliesh brings claims against a Domestic Relations Division judge or other employee, a federal court cannot enforce state law against a state official acting in his or her official capacity. See Pennhurst State Sch. & Hosp. v. Halderman, 465 U.S. 89, 106 (1984). The Rooker-Feldman doctrine bars the review of a state court child support order, review that Kliesh sought in District Court through his complaint, and seeks in this Court through his motion for a stay of the support order. See Exxon Mobil Corp. v. Saudi Basic Indus. Corp., 125 S. Ct. 1517, 1521-22 (2005). In addition, there were no grounds for reconsideration of the District Court's order dismissing Kliesh's complaint. Therefore,

we will summarily affirm the District Court.[1]  Kliesh's motion for a stay is denied.  No exceptional reason warrants granting Kliesh's motion for an expedited appeal, so that motion also is denied.

---

[1]In coming to this conclusion, we have considered the arguments set forth in Appellant's brief, filed for the Court's information.